UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBORAH JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § | SA-17-CV-869-OLG (HJB) |
| | § § | |
| IHCS RESIDENTIAL, INC., | § § § | |
| Defendant. | § | |

## ORDER RESETTING
## STATUS CONFERENCE

It is hereby **ORDERED** that the Status Conference in this case is <u>reset</u> to **February 9, 2018**, at **2:00 P.M., 2018**, in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César E. Chávez Boulevard, San Antonio, Texas, 78206. The previous Status Conference scheduled on January 12, 2018, is cancelled and the parties are excused from appearing on that date.

**SIGNED** on January 11, 2018.

Henry J. Bemporad
United States Magistrate Judge