UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBORAH JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § | SA-17-CV-869-OLG (HJB) |
| IHCS RESIDENTIAL, INC., | § § § § | |
| Defendant. | § | |

**ORDER CHANGING
TIME OF STATUS CONFERENCE**

It is hereby **ORDERED** that the time of the Status Conference on February 9, 2018, is reset to **10:30 a.m.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César E. Chávez Boulevard, San Antonio, Texas, 78206.

**SIGNED** on January 11, 2018.

_____
Henry J. Bemporad
United States Magistrate Judge