UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBORAH JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-17-CA-869-OLG (HJB) |
| | § § | |
| IHCS RESIDENTIAL INC. and GAYLE WASHINGTON YATES, | § § § | |
| Defendants. | § § | |

## ORDER

The matter before the Court is the status of this case. On today's date, it was communicated to the chambers of the undersigned that this case has been settled and the parties are finalizing settlement documents to submit to the District Court. In light of this notice, it is **ORDERED** that the parties file their settlement documents on or before **March 23, 2018**.

**SIGNED** on March 8, 2018.

_____
Henry J. Bemporad
United States Magistrate Judge