UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBORAH JONES　　　　　　　　§ | | |
| 　　　Plaintiff,　　　　　　　　　　§ | | |
| 　　　　　　　　　　　　　　　　　§ | | |
| vs.　　　　　　　　　　　　　　　§ | | SA-17-CV-869-OLG (HJB) |
| 　　　　　　　　　　　　　　　　　§ | | |
| IHCS RESIDENTIAL INC. and　　　§ | | |
| GAYLE WASHINGTON YATES,　　§ | | |
| 　　　Defendants.　　　　　　　　§ | | |

**JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in consideration of a confidential settlement agreement executed by them, hereby stipulate to and move the Court for Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against both parties, with each party to bear attorney's fees and costs per the terms of the confidential settlement agreement.

Date: March 23, 2018　　　　　　　　　　　Respectfully Submitted,

_____
**JAMES A. RODRIGUEZ**
Texas Bar No. 24057667
**ADRIAN A. SPEARS, II**
Texas Bar No. 24049318
540 S. St. Mary's Street
San Antonio, Texas 78205
Email: james@rodriguezlaw.us
Phone: (210) 581-3990
Fax: (210) 579-6552
*Attorneys for IHCS Residential Inc. and Gayle Washington Yates*

*/S/ Drew N. Herrmann*
**DREW N. HERRMANN**
Texas Bar No. 24086253
777 Main St., Suite 600
Fort Worth, Texas 76102
Email: drew@herrmannlaw.com
Phone: (817) 479-9229
Fax: (817) 260-0801
*Attorney for Deborah Jones*